**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **SONJIA SHEFFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case  No. CV14-3582 AJW |
| | ) | |
| **v.** | ) | **J U D G M E N T** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of  Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

　　　**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to defendant for further administrative proceedings consistent with the memorandum of decision.

November 24, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge