1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Sonjia Sheffield

7

8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10

11 | SONJIA SHEFFIELD,            ) Case No.: 2:14-cv-03582-AJW
   |                              )
12 |       Plaintiff,             ) ORDER AWARDING EQUAL
   |                              ) ACCESS TO JUSTICE ACT
13 |   vs.                        ) ATTORNEY FEES AND EXPENSES
   |                              ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting    ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, ) U.S.C. § 1920
15 |                              )
   |       Defendant              )
16 |                              )
17 |_____)

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $4,400.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 January 14, 2016

23                              _____

24                              THE HONORABLE ANDREW J. WISTRICH
                                UNITED STATES MAGISTRATE JUDGE
25

26

-1-